# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **TOMMIE E. EVANS,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | |
| v. | 09-cv-181-slc |
| **ROBERT HUMPHREYS, Warden,** **Racine Correctional Institution,** | |
| **Respondent.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Tommie Evans for a writ of habeas corpus, filed March 30, 2009, is DISMISSED WITHOUT PREJUDICE pursuant to Rose v. Lundy, 455 U.S. 509 (1982).

PETER A. OPPENEER
_____
Peter A. Oppeneer, Clerk

Connie A. Korth                                    5/28/2009
_____      _____
by Deputy Clerk                                    Date